372 A.2d 434

Commonwealth ex rel. Kaufman v. Kaufman, Appellant.

Argued December 7, 1976. Albert C. Oehrle, with him Wilson, Oehrle & Drayer, for appellant; Emanuel A. Bertin, with him Pechner, Dorfman, Wolffe & Rounick, for appellee.

Order affirmed.

372 A.2d 434

Commonwealth ex rel. Lawrence, Appellant, v. Aytch.

Submitted June 14, 1976. Gerald A. Stein and Abraham T. Needleman, for appellant; Arnold L. New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for appellee.

Order affirmed.